787 A.2d 881

IN THE MATTER OF JEFFREY I. BRONSON,
AN ATTORNEY AT LAW.

January 11, 2002.

## ORDER

The Disciplinary Review Board having filed its decision with the Court in DRB 00–119, concluding that a letter of admonition should be issued to **JEFFREY I. BRONSON** of **MORRISTOWN,** who was admitted to the bar of this State in 1982, for violation of *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.